AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF __MASSACHUSETTS__

MANUEL REZENDEZ

V.

F/V LEGACY, Pyrite International, Inc. and Whaling City Seafood Display Auction

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

04 - 10072 JLT

TO: (Name and Address of Defendant)

Pyrite International Inc.
12 Scallop Shell Road
Narragansett RI 02882

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

DAVID B. KAPLAN, ESQUIRE
KAPLAN BOND GROUP
Boston Fish Pier, West Building, Suite 304
Boston, MA 02210
(617) 361-0800

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

BY DEPUTY CLERK

DATE  1-13-04

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE January 29, 2004 |
| NAME OF SERVER (PRINT) Thomas C. Hyslop | TITLE Process Server & Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by Leaving Last & Usual at Pyrite International, Inc., 12 Scallop Shell Road, Narragansett, RI, Last And Usual Place of Abode @ 1:38 pm

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $55.00 | TOTAL $55.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 29, 2004
Date

Signature of Server: Thomas C. Hyslop

Address of Server: 92 State Street, Boston, MA 02109

Also mailed, via 1st class mail, copy of summons to Pyrite International, Inc. on 1-30-04.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.