UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MANUEL REZENDEZ )<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>F/V LEGACY )<br>PYRITE INTERNATIONAL INC. )<br>And WHALING CITY SEAFOOD )<br>DISPLAY AUCTION )<br>Defendant )<br>) | C.A. NO. 04-10072-JLT |

## ASSENTED TO MOTION TO REMOVE DEFAULT AGAINST DEFENDANT WHALING CITY SEAFOOD DISPLAY AUCTION, INC. AND TO ALLOW IT TO FILE ITS ATTACHED ANSWER LATE

Now comes Defendant Whaling City Seafood Display Auction, Inc. with the assent of the Plaintiff Manuel Rezendez moves the Court to remove the default against it and to docket its answer attached hereto.

MANUEL REZENDEZ

By his attorney

_____
David B. Kaplan, Esq. (BBO#258540)
Kaplan Bond Group
Boston Fish Pier
West Building, Suite 304
Boston, MA 02210
(617) 261-0080

WHALING CITY SEAFOOD DISPLAY
AUCTION, INC.

By its attorney

_____
Bertram E. Snyder, BBO#471320
LOONEY & GROSSMAN, LLP
101 Arch Street
Boston, Massachusetts 02110
(617) 951-2800

## Certificate of Service

I hereby certify that on this 5th day of March 2004, I served the foregoing Motion to Remove Default and Answer by mailing a copy thereof, postage prepaid, to David B. Kaplan, Esq., Kaplan Bond Group, Boston Fish Pier, West Building, Suite 304, Boston, MA 02210 and Regan & Kiley, attorneys for defendants FV LEGACY and Pyrite International, Inc., 85 Devonshire Street, Boston, MA 02109.

_____
Bertram E. Snyder