UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * *
MANUEL REZENDEZ                *    C.A. NO.:    04 CV 10072-JLT
     Plaintiff                 *
                               *
v.                             *
                               *
F/V LEGACY,                    *
PYRITE INTERNATIONAL INC.      *
and WHALING CITY SEAFOOD       *
DISPLAY AUCTION                *
     Defendants                *
* * * * * * * * * * * * * * * * * * * * * * *
```

## PLAINTIFF'S AUTOMATIC DISCLOSURE PURSUANT TO RULE 26(a)(1)

Now comes the plaintiff, Manuel Rezendez, by his attorney, and submits his Automatic Disclosure pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Rule 26.2 of the Local Rules for the District of Massachusetts.

A.  **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

1. Manuel Rezendez, 7 Tonkawa Avenue, Westerly RI (401) 742-2767
2. Timothy Chaplin, owner/captain, 12 Scallop Shell Rd., Narragansett, RI
3. John McNulty, address unknown at this time
4. Ken Thornton, address unknown at this time
   EGACY on or about January 9, 2003
5. Plaintiff's medical doctors

Plaintiff reserves the right to include all witnesses named by the defendant.

B.  **DOCUMENTS**

   Medical records of SouthCoast Group, St. Luke's Hospital, New Bedford
   Medical records of Dr. Stephen Gross
   Medical records of Westerly Urgent Care
   Medical Records of Westerly Hospital
   Records of MRI of New England
   Medical records of Dr. Brogna
   Photographs
   IRS Records

Plaintiff reserves the right to supplement these medical records as treatment of the plaintiff continues and the right to offer any of the documents submitted by the defendant. The defendant has produced these medical records previously and will agree to produce all non-privileged documentation as set forth upon request.

C.  **COMPUTATION OF DAMAGES**

Plaintiff is still under medical care and damages will be determined at a later date.

D.  **INSURANCE AGREEMENTS**

   Not Applicable.

                              Respectfully submitted
                              by his attorney,

                              _____
                              DAVID B. KAPLAN #258540
                              The Kaplan/Bond Group
                              Boston Fish Pier
                              West Building - Suite 304
                              Boston, MA  02210
                              (617) 261-0080

DATED: March 25, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on _____

2