UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| MANUEL REZENDEZ * | C.A. NO.: 04 CV 10072-JLT |
|    Plaintiff * | |
| * | |
| v. * | |
| * | |
| F/V LEGACY, * | |
| PYRITE INTERNATIONAL INC. * | |
| and WHALING CITY SEAFOOD * | |
| DISPLAY AUCTION * | |
|    Defendants * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Local Rule 16.1 (D)(3) Certification

I, David B. Kaplan, hereby certify that I have engaged in discussions with my client, Manuel Rezendez, concerning a budget of costs for this litigation and an alternative dispute resolution mechanism, as required by Local Rule 16.1(D)(3).

                                            Respectfully submitted,
                                            Attorney for Plaintiff
                                            Manuel Rezendez

                                            */s/ David B. Kaplan*
                                            DAVID B. KAPLAN
                                            The Kaplan/Bond Group
                                            Boston Fish Pier, West Building, Suite 304
                                            Boston, MA  02210
                                            (617) 261-0080
                                            BBO No. 258540

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 3-25-04

*/s/ David B. Kaplan*