UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MANUEL REZENDEZ, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-10072-JLT |
| | * | |
| | * | |
| F/V LEGACY, PYRITE INTERNATIONAL | * | |
| INC. and WHALING CITY SEAFOOD | * | |
| DISPLAY AUCTION, | * | |
| | * | |
| Defendants. | * | |

ORDER

June 8, 2004

TAURO, J.

After the Conference on June 8, 2004, this court hereby orders that:

1. The Parties may depose the following individuals: (1) Manuel Rezendez, (2) Richard Canastra, (3) Timothy Chaplin, (4) John McNulty, (5) Ken Thorton, (6) Dr. Carlo Brogna, and (7) Dr. David Gross;

2. The abovementioned depositions must be completed by January 30, 2005; and

3. The Parties are to appear before this court for a Further Conference on February 8, 2005 at 10:00 a.m.

IT IS SO ORDERED.

    /S/ Joseph L. Tauro
United States District Judge