UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MANUEL REZENDEZ )<br>Plaintiff )<br>v. )<br> )<br> )<br> )<br>F/V LEGACY )<br>PYRITE INTERNATIONAL INC. )<br>And WHALING CITY SEAFOOD )<br>DISPLAY AUCTION )<br>Defendant )<br> ) | C.A. NO. 04-10072-JLT |

### LOCAL RULE 16.1 COST/ALTERNATIVE DISPUTE RESOLUTION CERTIFICATE

Now comes the defendant Whaling City Seafood Display Auction and certifies that its counsel has discussed the costs of conducting the full course and various alternative courses of the litigation, and that said discussions have also included the use of Alternative Dispute Resolution programs.

>                         WHALING CITY SEAFOOD DISPLAY
>                         AUCTION, INC.
>                         By its attorney
>
>                         _____
>                         Bertram E. Snyder, BBO #471320
>                         Patrick O. McAleer, BBO #642627
>                         LOONEY & GROSSMAN, LLP
>                         101 Arch Street
>                         Boston, Massachusetts 02110
>                         (617) 951-28000

Dated: June /7, 2004

Dated: June 1*4*, 2004

*Nancy Bradford*
Ms. Nancy Bradford
Acadia Insurance Companies
290 Donald J. Lynch Boulevard
P.O. Box 9168
Marlborough, MA 01752

Certificate of Service

I hereby certify that on this **16th** day of June 2004, I served the foregoing document postage prepaid, to David B. Kaplan, Esq., Kaplan Bond Group, Boston Fish Pier, West Building, Suite 304, Boston, MA 02210 and Regan & Kiley, attorneys for defendants FV LEGACY and Pyrite International, Inc., 85 Devonshire Street, Boston, MA 02109.

*Patrick O. McAleer*
Patrick O. McAleer