UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANUEL REZENDEZ,<br>    Plaintiff,<br><br>    v.<br><br>F/V LEGACY,<br>PYRITE INTERNATIONAL, INC.<br>and<br>WHALING CITY SEAFOOD<br>DISPLAY AUCTION<br>    Defendants. | CIVIL ACTION NO. 04-10072-JLT |

### RULE 26(a)(1) INITIAL DISCLOSURE OF DEFENDANTS F/V LEGACY AND PYRITE INTERNATIONAL, INC.

Now comes the defendants, F/V LEGACY and PYRITE INTERNATIONAL, INC. and hereby submit the foregoing Initial Disclosure pursuant to Fed. R. Civ. P. 26(a)(1).

**A.**  **Witness Information**

1. Manuel Rezendez, 7 Tonkawa Avenue, Westerly, RI
2. Timothy Champlin, 12 Scallop Shell Road, Naragansett, RI
3. John McNulty, address unknown
4. Ken Thornton, address unknown
5. Plaintiff's Medical Providers

**B.**  **Document Information**

1. Insurance Policy
2. The plaintiff's medical records
3. Settlement Sheets

**C.**  **Damages Information**

Not applicable.

### D.   Insurance Information

Please see insurance policy number LPC111 issued by Sunderland Marine Mutual Insurance Company, a copy of which is attached.

For the defendants,
F/V LEGACY and
PYRITE INTERNATIONAL, INC.
By their attorneys,

**REGAN & KIELY LLP**

_/s/ Syd A. Saloman_
Joseph A. Regan (BBO #543504)
Syd A. Saloman (BBO #645267)
85 Devonshire Street
Boston, MA 02109
(617)723-0901

I hereby certify that a true copy of the above document was served upon the attorney of record for each party via first class mail on 6-30-04

2