UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MANUEL REZENDEZ, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-10072-JLT |
| | * | |
| | * | |
| F/V LEGACY, PYRITE INTERNATIONAL | * | |
| INC. and WHALING CITY SEAFOOD | * | |
| DISPLAY AUCTION, | * | |
| | * | |
| Defendants. | * | |

ORDER

February 17, 2005

TAURO, J.

After the Further Conference held on February 16, 2005, this court hereby orders that:

1. The Parties shall report to this court by February 23, 2005 concerning the proposed settlement discussed in open court; and

2. Trial will commence on March 21, 2005 at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge