# Looney & Grossman LLP
### Attorneys at Law

Patrick O. McAleer
Voicemail: Ext. 533
Email: pmcaleer@lgllp.com

101 Arch Street
Boston, Massachusetts 02110-1112
Telephone (617) 951-2800
Telecopier (617) 951-2819
www.lgllp.com

February 24, 2005

<u>Via Facsimile 617.748.9096</u>

Ms. Zita Lovvett
Clerk's Office
United States District Court
One Courthouse Way
Boston, Massachusetts 02210

Re:   Rezendez v. F/V LEGACY, Pyrite International, Inc. and Whaling City Seafood Display Auction
      Civil Case No. 04-10072-JLT
      <u>Our File No. 12509.002</u>

Dear Clerk Lovett:

In reference to the above matter and as a follow-up to our recent telephone conversation, please be advised that Attorneys Kaplan and Saloman are amenable to the proposed settlement agreement discussed in open court on March 16, 2005. We have recommended said settlement agreement to our clients and are currently awaiting authority.

Additionally, please allow this correspondence to confirm your allowing an extension to March 2, 2005 to report back to the court on the status of this matter.

Thank you for your attention in this regard.

Very truly yours,

Patrick O. McAleer

POM/ldo

cc:   Bertram E. Snyder, Esq.
      David B. Kaplan, Esq. (via facsimile)
      Syd A. Saloman, Esq. (via facsimile)

L:\12509\002\Ltr\10