UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MANUEL REZENDEZ,
    Plaintiff,

V                                          CA 04-10072-JLT

F/V/ LEGACY, PYRITE INTERNATIONAL, INC.
and WHALING CITY SEAFOOD,
    Defendants.


## SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

The court having been advised on March 3, 2005 by counsel for the parties that the above action has been settled:   IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 30 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.


                                                                  By the Court:
                                                                  Zita Lovett,


                                                                  /s/
                                                                _____
                                                                Deputy Clerk

March 3, 2005