UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MANUEL REZENDEZ )<br>Plaintiff )<br>v. )<br> )<br> )<br>F/V LEGACY )<br>PYRITE INTERNATIONAL INC. )<br>And WHALING CITY SEAFOOD )<br>DISPLAY AUCTION )<br>Defendant )<br> ) | C.A. NO. 04-10072-JLT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties and jointly move pursuant to FRCP 41(a) that the following entry be made on the docket:

All claims are dismissed with prejudice, all appeal rights and rights to further notice hereby waived; each party to pay its own costs.

        For the Defendant,
        WHALING CITY SEAFOOD DISPLAY
        AUCTION, INC.
        By its attorney,

        _/s/ Patrick O. McAleer_
        Bertram E. Snyder, BBO# 471320
        Patrick O. McAleer, BBO# 642627
        LOONEY & GROSSMAN, LLP
        101 Arch Street
        Boston, Massachusetts 02110
        (617) 951-2800

For the Defendants,
F/V LEGACY and PYRITE
INTERNATIONAL, INC.
By its attorney,


*/s/ Joseph A. Regan*

Joseph A. Regan, BBO# 543504
Syd A. Saloman, BBO# 645267
REGAN & KIELY, LLP
85 Devonshire Street
Suite 6
Boston, MA 02109
(617) 723-0901



For the Plaintiff,
MANUEL RAMON REZENDEZ
By his attorney,


*/s/ David B. Kaplan*

David B. Kaplan, BBO# 258540
KAPLAN/BOND GROUP
88 Black Falcon Avenue
Suite 301
Boston, MA 02210
(617) 261-0080